UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FARAJI O. BLAKENEY,<br><br>                     Petitioner,<br>   v.<br><br>PATRICK GLEBE,<br><br>                     Respondent. | No. C12-5269 RBL/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (ECF No. 1) is **GRANTED**. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

**DATED**  12th  day of April, 2012.

                                                           Karen L. Strombom
                                                          United States Magistrate Judge