UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FARAJI O. BLAKENEY,

    Petitioner,

v.

PATRICK GLEBE,

    Respondent.

NO. C12-5269 RBL/KLS

ORDER GRANTING PETITIONER'S MOTION TO AMEND AND RESPONDENT'S MOTION FOR EXTENSION

Before the Court is Petitioner's Motion to Amend Petition for Writ of Habeas Corpus. ECF No. 12. Petitioner filed an amended petition with memorandum and affidavit in support. *Id.*

Also before the Court is Respondent's Motion for Extension of Time to File an Answer to Petition for Writ of Habeas Corpus. ECF No. 13. Respondent's Answer was due on May 31, 2012. As of the date Respondent filed his motion, he had not yet received any court files from the Washington Supreme Court in *State v. Blakeney*, No. 83456-3, which involved the petition for review on direct appeal, and *In re Blakeney*, No. 86556-6, which concerned Petitioner's motion for discretionary review of the Court of Appeals' denial of his personal restraint petition.

The docket indicates that Petitioner filed a motion to modify the Supreme Court Commissioner's ruling denying review and the Washington Supreme Court ultimately denied discretionary review in both matters. However, Respondent will need both files in order to

address whether Petitioner in fact exhausted his state remedies by fairly presenting his current claims to the state's highest court.

Respondent requested a thirty day extension, until July 2, 2012. For the reasons stated and because Petitioner has now moved to amend his petition, the Court finds that the request is reasonable and that more than the thirty days requested by Respondent should be allowed. Although the motion for extension is noted for June 15, 2012, the Court finds that Petitioner will not be prejudiced by the requested extension.

Accordingly, it is **ORDERED:**

1. Petitioner's motion to amend (ECF No. 12) and Respondent's motion for an extension of time (ECF No. 13) are **GRANTED.** Respondent shall file his Answer **on or before August 1, 2012.** The Answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, Petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

2. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

**DATED** this  11th  day of June, 2012.

Karen L. Strombom
United States Magistrate Judge