UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FARAJI O. BLAKENEY,

                Petitioner,

  v.

PATRICK GLEBE,

                Respondent.

No. C12-5269 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1)    The Court adopts the Report and Recommendation.

(2)    Petitioner's motion to dismiss the second ground for habeas relief (ECF No. 21) is **GRANTED**.

(3)    The petition for writ of habeas corpus (ECF No. 18) is **dismissed with prejudice.**

(4)    The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 18th day of January, 2013.

_Ronald B. Leighton_
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1